JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 750
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NATALIE PEREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAN DIEGO ACCOUNTS SERVICE d/b/a CALIFORNIA ACCOUNTS SERVICE<br><br>    Defendant | Docket No.: 5:16-cv-00117-AB-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE**, that whereas no opposing party has served an answer or a motion for summary judgment, Plaintiff Natalie Perez, by and through her undersigned attorney, hereby voluntarily dismisses the above captioned action, with prejudice and without costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  March 17, 2016

                                        THE LAW OFFICES OF
                                        JONATHAN A. STIEGLITZ

                            By:       /s/ Jonathan A Stieglitz
                                        Jonathan A Stieglitz